IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DERRICK NICHOLS, BABATUNDE OWOSENI, DANIEL SMITH, and AARON WATSON,** )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>**SOUTHERN ILLINOIS UNIVERSITY EDWARDSVILLE,** )<br>)<br>)<br>Defendant. ) | CIVIL NO. 04-555-GPM |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, Honorable G. Patrick Murphy, Chief Judge, presiding, and the issues having been heard and a decision having been rendered,

**IT IS ORDERED AND ADJUDGED** that pursuant to the parties' stipulation filed on May 10, 2005 (*see* Doc. 24), all claims brought under Sections 1981 and 1983 are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to Memorandum and Order dated May 17, 2006, Plaintiffs shall take nothing, and all claims for race discrimination and retaliation are **DISMISSED on the merits**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants are awarded

their costs.

**DATED**:  05/17/06

                NORBERT G. JAWORSKI, CLERK

                By: s/ Linda M. Cook
                   Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
      G. PATRICK MURPHY
      CHIEF U.S. DISTRICT JUDGE